**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| DAISY AMOS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:26-cv-18 |
| v. | |
| EAGLE'S LANDING RESTAURANTS LLC; MOHAMED MAKAWI; and MIKE MASIN, | |
| Defendants. | |

**O R D E R**

On June 23, 2026, Plaintiff, through her counsel, advised the Court that this matter has been resolved through settlement. (See doc. 13.) Plaintiff explains that "[t]he parties have not yet agreed upon or signed a settlement agreement, and the terms of settlement include provision for installment payments into August 2026." (Id. at p. 1.) Accordingly, she estimates that she will be able to stipulate to the dismissal of the case with prejudice "at or about the end of August 2026." (Id.)

The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008). Within **ninety (90) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms

of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative,

the parties may simply file a joint stipulation of dismissal.  If the parties fail to file a dismissal (or,

if necessary, move to reopen the case) within **ninety (90) days**, the Court will *sua sponte* dismiss

the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 24th day of June, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2